**EXHIBIT 1**



Services   News   Government   Local

# NYS Department of State
## Division of Corporations
## Search Results

The information contained in this database is current through November 20, 2020.

**A total of 5 entities were found.**

**Entity Name**

KEY ASSOCIATES OF NEW YORK CORP.
KEY ASSOCIATES REALTY OF POUGHKEEPSIE, INC.
KEY ASSOCIATES REALTY, INC.
KEY ASSOCIATES, LLC
KEY ASSOCIATES, LTD.

Entities 1 to 5

[ Revise Search Criteria ]   [ New Search ]

The Entity Name column contains the entity names that were found based on your search criteria. To display information for an entity, tab to the entity name and press the enter key or click on the entity name. To revise your search criteria, tab to Revise Search Criteria and press the enter key or click on Revise Search Criteria. To start a new search, tab to New Search and press the enter key or click on New Search.

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

Agencies   App Directory   Counties   Events   Programs
Services