**EXHIBIT 2**

Commercial Recording Division

https://www.concord-sots.ct.gov/CONCORD/PublicInquiry?eid=9741&b...

## Business Inquiry

Total Number of Matches: **1**

**Business Search Results**

Page:  1 of 1

| # | Business Name | Business ID | Status | Business Address |
|---|---|---|---|---|
| 1 | KEY ASSOCIATES LLC | 0883333 | Dissolved | 250 SOUTH LAND DRIVE, ORANGE, CT, 06477 |

11/22/2020, 1:39 PM

**Movant Exhibit 2**