UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
-----------------------------------------------------------------X
PALLASITE ASSET TRUST,

                    Plaintiff,

        -against-                         Civil Action No: 7:21-cv-02796-CS

KEY ASSOCIATES AND APPRAISAL
SERVICES, INC., and
ANTHONY J. BISIGNANO, INDIVIDUALLY,

                    Defendants.
-----------------------------------------------------------------X

## ORDER

     Upon review of the Parties; Joint Motion to Dismiss, ECF No. 56, which the Court construes as Plaintiff's Motion for Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(ii), it is hereby

     **ORDERED** that the Motion is **GRANTED**; it is further

     **ORDERED** that the Complaint is **DISMISSED** with prejudice; it is further

     **ORDERED** that each Party shall bear its own costs and fees; it is further

     **ORDERED** that the Court shall retain jurisdiction over the Parties' Confidential Resolution Agreement and Release.

Date: March 10, 2023

_____
Hon. Cathy Siebel

The Clerk of Court is respectfully directed to terminate ECF No. 56 and close the case.